the United States. *Harry G. Fins* for respondent. ▪

No. 127. GOGGIN, TRUSTEE, *v.* BYRAM, TAX COLLECTOR. C. A. 9th Cir. Certiorari denied. *Thomas S. Tobin* for petitioner. *Harold W. Kennedy* for respondent. ▪

No. 128. EARLE C. ANTHONY, INC. *v.* MORRISON ET AL. C. A. 9th Cir. Certiorari denied. *Eugene Overton* and *Edward D. Lyman* for petitioner. *M. Burr Wellington* for respondents.

No. 129. JONES *v.* SCHICK SERVICES, INC. ET AL. C. A. 9th Cir. Certiorari denied. *Ford W. Harris* for petitioner. *Leonard S. Lyon* for respondents.

No. 130. KILLIAN *v.* PENNSYLVANIA RAILROAD CO. ET AL. Appellate Court of Illinois, First District. Certiorari denied. *Melvin L. Griffith* and *Francis H. Monek* for petitioner. *George F. Barrett* and *Theodore Schmidt* for the Pennsylvania Railroad Co.; and *Edward J. Bradley* for the Mallory Co., respondents.

No. 131. GOODMAN *v.* CHICAGO. Appellate Court of Illinois, First District. Certiorari denied. *Irving Goodman* for petitioner. *Benjamin S. Adamowski* and *L. Louis Karton* for respondent.

No. 132. PHILADELPHIA TRANSPORTATION CO. *v.* SMITH ET AL.; and

No. 133. PHILADELPHIA TRANSPORTATION CO. *v.* STERNER ET AL. C. A. 3d Cir. Certiorari denied. *Har-*